## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: April D. Snell | : | Case No: 16-52447 |
| Debtor(s) | : | Chapter 13 Judge: C KATHRYN PRESTON |
| | : | Filed 7/22/16 Amended plan |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes Frank M. Pees, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

Above median income __X__          Below median income_____

__X__ **11 U.S.C. §1325(a)(1)**-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

 __X__ Plan takes over 60 months to complete. @ **120 months (due to claims filed higher than scheduled)**

 __X__ Other: **Provide 60 days of pay advices (missing period 03/12 - 03/25).**

 __X__ Trustee is unable to accurately determine best interest as Debtor(s) have failed to provide an acceptable appraisal, pursuant to LBR 3015-3(e)(3). **Provide appraisal of real property**

__X__ **11 U.S.C. §1325(a)(6)**-Plan is not feasible based on income, living expenses, and plan payments. **Plan payments are not sufficient to cover Trustee fees and mortgage conduit payment for the first 3 months.**

Pursuant to LBR 3015-2(a), amendments necessary to place the plan in a posture for confirmation must be filed at least ten (10) days prior to the hearing on confirmation set for August 04, 2016, unless Debtor(s) have entered into an Agreed Order with the Trustee and so are bound by the terms of that Order.

Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

## TERMS OF THE PLAN:

**Plan Payments: $565 for 3 months, $2040 for 51 months, $2201.72 per month for the duration of the plan.**

**Best Interest Dividend: 18%**     **Dividend: 32%**

**Length: 120 Months**

Dated: July 22, 2016                                   Respectfully submitted,

<u>**/s/  Frank M. Pees**</u>
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthington, Ohio 43085
(614) 436-6700
trustee@ch13.org

CERTIFICATE OF SERVICE

    The undersigned hereby certified that on the date shown below a copy of the Trustee's Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: July 22, 2016                         **/s/ Frank M. Pees**
                                                   Frank M. Pees
                                                   Chapter 13 Trustee
                                                   130 East Wilson Bridge Road #200
                                                   Worthington, Ohio 43085-6300