**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re:  April D. Snell | : | Case No. 16-52447 |
| | : | Chapter 13 |
| | : | Judge C KATHRYN PRESTON |

### NOTICE OF DEFAULT AND REPORT TO COURT

Now come Frank M. Pees, Standing Chapter 13 Trustee ("Trustee"), who hereby provides to the Court the following report regarding the status of the above-captioned case:

(1) On July 07, 2016, a Confirmation Hearing was held on this matter;

(2) The Court granted Debtor until midnight, EST, on July 22, 2016 to resolve all issues set forth in the Trustee's Objection to Confirmation filed on June 23, 2016 (Doc. 23). In the event Debtor failed to resolve said issues the Trustee was granted authority to file this Report to Court and a proposed Order of Dismissal (Doc. 40);

(3) The Debtor has failed to resolve all the issues set forth in the Trustee's Objection to Confirmation (Doc. 23):

(a)Trustee is unable to accurately determine best interest as Debtor(s) have failed to provide an acceptable appraisal, pursuant to LBR 3015-3(e)(3). Provide appraisal of real property

(4) As a result of Debtor's failure to comply with this Court's Order, the Trustee will be subitting a proposed Order of Dismissal for the Court's review.

Respectfully submitted
Frank M. Pees, Chapter 13 Trustee

/s/Frank M. Pees by D. L. Mains, Jr
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road, Suite #200
Worthingotn, Ohio 43085-6300
(614) 436-6700
(614) 436-0190 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Default and Report was served upon the parties listed below in the manner indicated on this date.

Date: 7/25/2016

/s/D. L. Mains, Jr
D. L. Mains, Jr, Staff Attorney
Frank M. Pees, Chapter 13 Trustee

**Electronically through the Court's ECF System:**
Asst. U.S. Trustee
Tad A Semons Esq.

**Regular U.S. Mail Addressed to:**

April D. Snell
737 Pointview Dr.
Westerville, OH 43081